UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | § | | |
| | § | | |
| V. | § | NO. | A-20-CR-232(RP)(2) |
| | § | | |
| KRYSTAL SHERMAN | § | | |

**UNOPPOSED MOTION TO CONTINUE SCHEDULING DEADLINES AND JURY TRIAL**

NOW COMES Defendant Krystal Sherman, through her undersigned counsel, and files this motion to continue, showing the Court as follows:

This case currently has a Motion and Ellis Deadline of February 2, 2021, with a docket call for February 4, 2021 and Jury Selection and Trial is set for February 16, 2021.

Due to the restrictions placed by the ongoing COVID-19 pandemic counsel has been unable to meet with his client in person in recent weeks. In order to provide effective assistance of counsel, counsel is requesting additional time to review receipt of discovery as well as the facts and circumstances surrounding his client's case in person with his client.

This is a first written motion for continuance and counsel for the government, Keith Henneke, is unopposed to the granting of this motion. Co-Defendant, Jamar Augustin (1), has requested a continuance of sixty (60) days and counsel believes this is sufficient time (See Doc. #37).

WHEREFORE, premises considered, Defendant requests that this Court continue all deadlines for sixty (60) days or to a date and time convenient for the Court.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender

_____
/s/ JESÚS M. SALINAS, JR.
Assistant Federal Public Defender
Western District of Texas
Lavaca Plaza
504 Lavaca St., Ste. 960
Austin, Texas 78701
(512) 916-5025
(512) 916-5035 (FAX)
TX Bar Number: 24057366
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of February, 2021, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system which will send notification of such filing to

the following:

Mr. Keith Henneke
Assistant U.S. Attorney
903 San Jacinto Blvd., Ste. 334
Austin, TX 78701

_____
/s/ JESÚS M. SALINAS, JR.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO.    A-20-CR-232 (RP) (2) |
| | § | |
| KRYSTAL SHERMAN | § | |

**O R D E R**

On this date came on to be considered Defendant's Motion to Continue.  The Court finds that for the reasons stated in the Defendant's motion, the ends of justice served by the continuance outweigh the best interest of the public and the Defendant in a speedy trial.

IT IS THEREFORE ORDERED THAT all pretrial motions by the defendant and the government shall be filed on or before ____ day of _____, 2021 and any response to a motion must be filed on or before _____ day of _____, 2021.

IT IS FURTHER ORDERED THAT the Hearing on all Pending Motions and Docket Call is reset to the ___ day of _____, 2021 at _____ a.m.

IT IS FURTHER ORDERED THAT the above case is set for Jury Selection and Trial on the ___ day of _____, 2021 at _____ a.m.

SIGNED this _____ day of _____, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE