PS 8
(Rev. 4.2020)

# UNITED STATES DISTRICT COURT
for
WESTERN DISTRICT OF TEXAS

FILED
June 30, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: kkc
DEPUTY

U.S.A. vs. Krystal Sherman                               Docket No. 1:20CR00232-002

### Petition for Action on Conditions of Pretrial Release

COMES NOW Evan John Cisneros, pretrial services/probation officer, presenting an official report upon the conduct of defendant Krystal Sherman, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Andrew. W. Austin, sitting in the court at Austin, Texas on the 8th date of December, 2020 under the following conditions:

(1) The defendant must not violate federal, state, or local law while on release.
(7)(m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
(7)(x) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 28, 2021, Pretrial Services Officer Evan Cisneros received a text message from the defendant advising she was taken into custody by law enforcement officials on June 27, 2021, in Hays County, Texas, on an outstanding warrant for a speeding ticket. On June 29, 2021, a criminal record check was conducted which revealed the defendant was arrested on June 27, 2021, by the Hays County Sheriff's Office for Possession of a Controlled Substance more than 1 gram, but less than 4 grams in Case Number PREFCR-21-3307-B filed in the Hays County District Clerks Office. The defendant was additionally arrested on outstanding warrants for Speeding, Failure to Maintain Financial Responsibility and Violation of Promise to Appear out of the Hays County Justice of the Peace Precinct #4.

On June 29, 2021, Pretrial Services received a Complaint and Affidavit of Probable Cause for Arrest which indicates that the Hays County Sheriff's Office (HCSO) responded to the scene of collision in Buda, Texas, on June 27, 2021. Upon arrival, HCSO observed the driver of the vehicle, later identified as the defendant, who was being treated by paramedics. Paramedics notified the HCSO that a syringe containing a black colored substance was located inside the vehicle. HCSO later determined the black substance inside the syringe to be heroin. A warrant was issued and the defendant was taken into custody. The defendant was subsequently released from the Hays County Jail on January 28, 2021 on a $10,000 personal recognizance bond.

AUSA Keith Henneke has been advised of the violations and concurs with the recommendation of Pretrial Services.

PRAYING THAT THE COURT WILL ORDER a warrant of arrest be issued and the defendant be brought before the Court to show cause why her bond should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 06/30/2021

PS 8
(Rev. 12/04)

| | |
|---|---|
| ORDER OF COURT | *Evan Canevo* (signature) |
| Considered and ordered this  30th  day of  June , 2021  and ordered filed and made a part of the records in the above case. | U.S. Pretrial Services Officer    Phone Number   +1 (512) 450-8576 |
| *SH* (signature) | *Chandel P. Cobello* (signature) |
| SUSAN HIGHTOWER U.S. Magistrate Judge | Supervisory U.S. Pretrial Services Officer    Phone Number   +1 (210) 818-7861 |
| | Place   U.S. Pretrial Services Office 501 W. 5th Street, Suite 3200 Austin, Texas 78701 |