# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| UNITED STATES OF AMERICA | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | 1:20-cr-00232-RP-2 |
| | § | |
| (2) KRYSTAL SHERMAN | § | |
| *Defendant* | § | |

## Order On Petition for Action on Conditions of Pretrial Release

This matter came before the Court on July 7, 2021, for a hearing on the Pretrial Services Office's Petition for Action on Conditions of Release, dated June 30, 2021 (the "Petition"). The revocation proceeding was held in accordance with the Federal Rules of Criminal Procedure and 18 U.S.C. § 3148.

Defendant Krystal Sherman was ordered released on conditions on December 8, 2020. The petition alleges that Defendant was arrested by the Hays County Sheriff's Office after a syringe containing heroin was found in her car following a crash on June 27, 2021 in Buda, Texas. Defendant was charged with Possession of a Controlled Substance more than 1 gram, but less than 4 grams, in Case No. PREFCR-21-3307-B in Hays County District Court. Defendant also was arrested on outstanding warrants for Speeding, Failure to Maintain Financial Responsibility, and Violation of Promise to Appear out of Hays County Justice of the Peace Precinct #4.

The Court has considered the original Pretrial Services Report, the Petition, and the proffer and arguments of counsel for Defendant and for the government at the revocation hearing. Pursuant to 18 U.S.C. § 3148(b)(1)(B), the Court finds that there is clear and convincing evidence that Defendant violated at least Condition of Release 7(m) that she must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802,

1

unless prescribed by a licensed medical practitioner. The Court further finds, pursuant to 18 U.S.C. § 3148(b)(2)(B), that, based on her failure to abide by this condition of release in such a dangerous manner – that is, by driving and crashing her car after injecting heroin – Defendant is unlikely to abide by any condition or combination of conditions of release.

It is therefore **ORDERED** that Defendant's previous release on conditions is **REVOKED** and she is **HEREBY DETAINED** pending further proceedings in this case.

### Directions Regarding Detention

Defendant is remanded to the custody of the Attorney General or his designated representative and confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SIGNED** July 7, 2021.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE